The Huguenot National Bank of New Paltz, Respondent, *v.* Alexander Studwell et al., Appellants.

On the appointment of a receiver of a manufacturing company, the corporation is so far dissolved that thereafter the duty is no longer upon the trustees to make the annual report.

Accordingly *held*, where a receiver was appointed during and before the expiration of the twenty days in which the trustees were required to make such report, that they were not liable to the penalty imposed by the general manufacturing act (§ 12, chap. 40, Laws of 1848) for failure to make and file the same.

(Argued May 30, 1878; decided November 12, 1878.)

*Samuel Hand* for appellants.

*N. H. Halbert* for respondent.

*Per Curiam* opinion for reversal and new trial.

All concur, except Miller, J., absent at argument, and Folger, J., dissenting.

Judgment reversed.